UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUNE LESTER,

    Debtor,

Case No. 12-11558

_____

HONORABLE DENISE PAGE HOOD

    United States of America,

        Movant,

v.

Tammy Terry, Trustee,

        Respondent.
_____/

### ORDER DENYING MOTION TO WITHDRAW REFERENCE
### and
### ORDER CLOSING CASE

For the reasons set forth in the Opinion entered this date, accordingly,

IT IS ORDERED that the Motion to Withdraw the Reference filed by the United States of America **(Doc. No. 1, 4/6/2012)** is DENIED.

IT IS FURTHER ORDERED that this matter is CLOSED.

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated: October 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager